# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br><br>VINCENT LEE SLAUGHTER<br><br><br><br>*Defendant* | )<br>)<br>)  Case No. 3:24-mj-00054-MMS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  01/30/2024 , at or near  Anchorage Federal Building & James Fitzgerald US Courthouse  in the              District of  Alaska , the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 111(a)(1) | Assault on a Federal Officer or Employee |

This criminal complaint is based on these facts:  by the subject admitting to the assault, witness statements from the PSO (victim), three other PSOs, Statements from a Court Security Officer (CSO), and Video Surveillance System (VSS) review of the incident.

☒ See attached affidavit.

MARK J VECHINI
Digitally signed by MARK J VECHINI
Date: 2024.01.31 11:21:50 -09'00'

*Complainant's signature*

Inspector  Mark J. Vechini, FPS/DHS
*Printed name and title*

Attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 and 41(d)(3).

Date:  February 01, 2024

*Judge's signature*

City and state:  Anchorage, Alaska

Hon. Matthew M. Scoble, Chief U.S. Magistrate Judge
*Printed name and title*