IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> VINCENT LEE SLAUGHTER, <br><br> Defendant. | No. 3:24-mj-00054-MMS |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mark J. Vechini, having been first duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am an Inspector, with the FPS/DHS. I have served in my current position for seven (7) years and assigned to the Anchorage, AK field office for that duration. My official duties include enforcement of federal laws, rules, and regulations at federal facilities. The facilities are owned or leased through contracts with General Services Administration (GSA). I conduct regular physical security assessments of federal facilities and make security recommendations to address vulnerabilities identified from said assessments. I conduct oversight, training, post visits, and inspections to ensure compliance of contract guard services to ensure compliance of contractual responsibility of the Protective Security Officers (PSOs) standing security posts at federal facilities. I attended and graduated from the Federal Law Enforcement Training Center (FLETC), in Glynco, Ga. I am a graduate of the Uniformed Police Training Program (UPTP) and the Physical Security Training

Program (PSTP) held at FLETC.

2. I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully below, I have probable cause to believe that VINCENT LEE SLAUGHTER has committed the following federal criminal offense:

**Count 1** On or about January 30, 2024, in the District of Alaska, the defendant, VINCENT LEE SLAUGHTER, making physical contact with VICTIM 1, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with VICTIM 1, an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services) while such officer and employee is engaged in performance of official duties, and a person assisting such an officer and employee in the performance of such duties. All in violation of 18 U.S.C. § 111(a)(1).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because the affidavit is intended to establish probable cause to support a complaint and secure an arrest warrant, I have not included each and every fact known to me concerning this investigation.

## FACTS ESTABLISHING PROBABLE CAUSE

4. VICTIM 1 is employed as a Protective Security Officer. VICTIM 1 is contracted by the Federal Protective Service (FPS) to assist FPS in protection of federal facilities and their occupants. VICTIM 1 is authorized to enforce federal regulations and laws governing conduct on property, and is a person designated in Title 18, United States Code Section 1114.

5. On or about January 30, 2024, VINCENT LEE SLAUGHTER entered the Anchorage Federal Building and James Fitzgerald US Courthouse, a federal facility owned by General Services Administration (GSA).

*U.S. v. Slaughter* Page 2 of 4
3:24-mj-00054-MMS
Case 3:24-mj-00054-MMS    Document 1-1    Filed 02/01/24    Page 2 of 4

6. SLAUGHTER was met by PSOs on duty at the 7th Avenue Entrance and Screening Station. VICTIM 1 was one of the PSOs on duty at that station. SLAUGHTER pushed through two other visitors waiting to be screened into the facility and started to put his belongings into the screening bin.

7. VICTIM 1 asked SLAUGHTER where he was going. SLAUGHTER told him that he was going to the bus stop. VICTIM 1 tried to inform SLAUGHTER there was no physical bus stop inside the building and was on the west side of C. Street, across from his current location.

8. Once SLAUGHTER was told this, he became angry and stopped communicating with VICTIM 1. SLAUGHTER tried to enter the federal facility without adhering to the administrative inspection protocols for the facility and established under the National Weapons Detection Training Program (NWDTP), which requires security screening of persons who enter the Anchorage Federal Building and James Fitzgerald U.S. Courthouse.

9. SLAUGHTER made multiple attempts to go around the screening station, not being properly screened by the PSOs. Each of SLAUGHTER's was stopped by VICTIM 1. After the third attempt, SLAUGHTER stepped back towards the doors leading into the facility as VICTIM 1 attempted to return SLAUGHTER's personal belongings.

10. At this time SLAUGHTER, with a kicking motion, kicked and struck VICTIM 1 in the upper right leg and groin area with his kick.

11. VICTIM 1 immediately secured SLAUGHTER and assisted him to the ground to place SLAUGHTHER in handcuffs and detained him and requested a response from FPS to that location for the assault.

*U.S. v. Slaughter* Page 3 of 4
3:24-mj-00054-MMS
Case 3:24-mj-00054-MMS   Document 1-1   Filed 02/01/24   Page 3 of 4

12. I responded to the scene, reviewed the security camera footage of the incident, and collected witness statements. I advised SLAUGHTER of his Miranda rights which he waived. I interviewed SLAUGHTER at the entrance where he was detained, and he admitted to me that he did kick VICTIM 1 because he was "pissed off" he could not go to the bus stop.

## CONCLUSION

13. For the reasons described above, based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that VINCENT LEE SLAUGHTER has committed the offenses described in the attached complaint. Accordingly, I ask the Court to issue the complaint and a warrant for VINCENT LEE SLAUGHTER's arrest in accordance with Federal Rule of Criminal Procedure 4(a).

RESPECTFULLY SUBMITTED,

MARK J VECHINI
Digitally signed by MARK J VECHINI
Date: 2024.01.31 12:25:22 -09'00'

MARK J. VECHINI
Inspector, FPS/DHS

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 and 41(d)(3) on this ___ day of _____, 20__

_____
HON. MATTHEW M. SCOBLE
Chief United States Magistrate Judge
District of Alaska

February 01, 2024